STATE OF NEW JERSEY v. RICHARD CAMPBELL.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL WHEATON.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG THOMPSON.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDDY LEE LYNCH.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SANTIAGAO RAMOS.

January 24, 1989.

Petition for certification denied.